UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 05-14665 |
| | | CHAPTER 13 |
| JOY A. FRYMAN | | |
| | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>       <u>Amount</u>
917166              $189.41

<u>Creditor(s)</u>
Tammac Holdings
100 Commerce Boulevard
Wilkes Barre, PA 18702

                      Respectfully submitted,

/s/     <u>Margaret A. Burks, Esq.</u>
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, September 22, 2010.

            /s/    Margaret A. Burks, Esq.
                    Margaret A. Burks, Esq.

Tammac Holdings  
100 Commerce Boulevard  
Wilkes Barre, PA 18702

Debtor(s) Counsel  
KEEGAN & CO., L.P.A.  
4440 GLENESTE-WITHAMSVILLE RD.  
SUITE 350  
CINCINNATI, OH  45245

Debtor(s)  
JOY A. FRYMAN  
511 E MAIN STREET #26  
MT. ORAB, OH  45154

U.S. TRUSTEE  
36 EAST SEVENTH STREET, SUITE 2030  
CINCINNATI, OHIO 45202  
 (service waived)

Green Tree Servicing LLC  
345 St. Petter Street  
Suite L800  
St. Paul, Minnesota 55102